SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone:  973/639-9100
713/639-9393 (fax)

Liaison Counsel for Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
LUKE O. BROOKS
RYAN A. LLORENS
ERIC I. NIEHAUS
ANGEL P. LAU
JEFFREY J. STEIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIAA-CREF LARGE-CAP GROWTH FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLERGAN PLC, et al. <br><br> Defendants. | No. 2:17-cv-11089-KSH-CLW <br><br> NOTICE OF MOTION FOR AN ORDER PERMITTING JENNIFER R. SCULLION TO APPEAR AND PARTICIPATE *PRO HAC VICE* |

# NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF JENNIFER R. SCULLION

PLEASE TAKE NOTICE that on a time and date to be set by the Court, the undersigned counsel for Plaintiff will move in the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, New Jersey, for an Order pursuant to Local Civil Rules 7.1 (d) and 101.1 (c) granting admission *pro hac vice* to Jennifer R. Scullion in this action.

In support of the Motion, Plaintiff will rely on the Certifications of Christopher A. Seeger and Jennifer R. Scullion, which are attached.

A proposed form of Order accompanies this Motion.

Dated: November 13, 2017

       /s/ *Christopher A. Seeger*

Christopher A. Seeger
SEEGER WEISS LLP
550 Broad St. Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
cseeger@sweegerweiss.com