SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone: 973/639-9100
713/639-9393 (fax)

Liaison Counsel for Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
LUKE O. BROOKS
RYAN A. LLORENS
ERIC I. NIEHAUS
ANGEL P. LAU
JEFFREY J. STEIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIAA-CREF LARGE-CAP GROWTH FUND, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>ALLERGAN PLC, et al.<br><br>  Defendants. | No. 2:17-cv-11089-KSH-CLW<br><br>CERTIFICATION OF JENNIFER R. SCULLION IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE* |

## CERTIFICATION OF JENNIFER R. SCULLION IN SUPPORT OF *PRO HAC VICE* ADMISSION

Jennifer R. Scullion hereby certifies as follows:

1. I am a partner at the law firm of Seeger Weiss LLP. My office is located at 77 Water Street, 26th Floor, New York, NY 10005.

2. I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of Plaintiff Township of Medford, Individually and on Behalf of All Others Similarly Situated.

3. I am admitted to practice and in good standing in the bar of the Supreme Court of the State of New York and have been admitted since 2000. The roll of attorneys for the Third Judicial Department, Supreme Court of the State of New York is maintained at Abrams Building for Law & Justice, State Street, Room 511 Albany, New York 12223.

4. I am admitted to practice in good standing in the bar of the Supreme Court of the State of California and have been since 1996. The roll of attorneys for the Supreme Court of the State of California is maintained at 350 McAllister St., Room 1295, San Francisco, California 94102.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in an jurisdiction.

6. I have paid the requisite fee to New Jersey Lawyers' Fund for Client Protection as required under Local Civil Rule 101.1(c)(2).

7. I have paid *pro hac vice* admission fee to the Clerk of the Court as required under local Civil Rule 101.1(c)(3).

8. I respectfully request that this Court grant this application on behalf of the Plaintiff in the above-captioned matter to permit me to appear and participate *pro hac vice* on their behalf.

I make this certification in support of my admission, *pro hac vice* and certify under penalty of perjury, that the foregoing is true and correct.

Dated: November 9, 2017

Jennifer R. Scullion