UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIAA-CREF LARGE-CAP GROWTH FUND, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ALLERGAN PLC, et al.<br><br>                    Defendants. | No. 2:17-cv-11089-KSH-CLW<br><br>[PROPOSED] ORDER PERMITTING JENNIFER R. SCULLION TO APPEAR AND PARTICIPATE *PRO HAC VICE* |

## [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION FOR JENNIFER R. SCULLION, *PRO HAC VICE*

The relief set forth below as follow is hereby **ORDERED.**

THIS MATTER having come before the Court upon the Application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, Jennifer R. Scullion, and considered this matter pursuant to Fed. R. Civ. Proc. 78 and D.N.J. L. Civ. R. 101.1, and good cause having been shown; it is

**ORDERED** that Jennifer R. Scullion be permitted to appear *pro hac vice* provided that, pursuant to D.N.J L. Civ. R. 101.1(4), an appearance of counsel shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that Jennifer Scullion shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out- of- state attorney continues to represent a client in a matter pending before this Court, in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be paid to the Clerk of this Court; and it is further

**ORDERED** that Jennifer R. Scullion shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline

of Attorneys.

Dated: _____

                                              **Magistrate Tonianne J. Bongiovanni**
                                              **UNITED STATES DISTRICT JUDGE**