| | |
|---|---|
| Philip W. Danziger<br>Julia A. Lopez<br>**REED SMITH LLP**<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Princeton, New Jersey 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824 | Adam Abensohn<br>(*pro hac vice* forthcoming)<br>Sandra Bresnick<br>(*pro hac vice* forthcoming)<br>Christopher Kercher<br>(*pro hac vice* forthcoming)<br>Jesse Bernstein<br>(*pro hac vice* forthcoming)<br>Leigha Empson<br>(*pro hac vice* forthcoming) |
| Richard Schirtzer<br>(*pro hac vice* forthcoming)<br>**QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | **QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIAA-CREF LARGE-CAP GROWTH FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:17-cv-11089 (KSH) (CLW)<br><br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been brought before the Court upon the motion of Defendants Allergan plc, Paul Bisaro, Brenton L. Saunders, R. Todd Joyce, Maria Teresa Hilado, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar D. Howson, John A. King, Ph.D, Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgoz, Christopher J. Coughlin, and James D'Arecca ("Defendants") pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, for the entry of an Order dismissing the Amended Complaint in this action, and due notice having been given to Plaintiffs, and the Court having read and considered the submissions of the parties, and for good cause shown,

**IT IS** on this _____ day of _____, 2020,

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint with prejudice under Rule 12(b)(6) is **GRANTED;**

**AND IT IS FURTHER ORDERED** that all of the claims set forth in the Amended Complaint are dismissed with prejudice.

_____
HON. KATHARINE S. HAYDEN,
UNITED STATES DISTRICT JUDGE