SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
JENNIFER R. SCULLION
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
713/639-9393 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
LUKE O. BROOKS
RYAN A. LLORENS
ERIC I. NIEHAUS
ANGEL P. LAU
JEFFREY J. STEIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TIAA-CREF LARGE-CAP GROWTH FUND, et al., | ) ) ) | No. 2:17-cv-11089-KSH-CLW |
| Plaintiffs, | ) ) ) | DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT |
| vs. | ) ) ) | |
| ALLERGAN PLC, et al., | ) ) | |
| Defendants. | ) ) | |

4819-6859-8707.v1

I, CHRISTOPHER A. SEEGER, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New Jersey and before this Court. I am a member of the law firm of Seeger Weiss LLP, Liaison Counsel for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following exhibit:

Exhibit A: Excerpt of Transcript of General Status Conference Before Honorable Cynthia M. Rufe, *In re Generic Pharm. Pricing Antitrust Litig.*, No. 2:16-MDL-02724-CMR (E.D. Pa. Dec. 13, 2019).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2020, at Ridgefield Park, New Jersey.

s/ Christopher A. Seeger<br>CHRISTOPHER A. SEEGER

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 29, 2020, I caused true and correct copies of these documents to be served via this Court's ECF system to all counsel of record.

DATED:   Ridgefield Park, New Jersey
January 29, 2020

*s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

E-mail:  cseeger@seegerweiss.com

4819-6859-8707.v1