**REED SMITH LLP**
*Formed in the State of Delaware*
Philip W. Danziger, Esq.
Julia A. Lopez, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel. (609) 987-0050
Fax (609) 951-0824

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIAA-CREF LARGE-CAP GROWTH FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLERGAN PLC, et al., <br><br> Defendants. | Civil Action No. 2:17-cv-11089-KSH-CLW <br><br> **ORDER ADMITTING** <br> **C. NEIL GRAY, ESQ.** <br> *PRO HAC VICE* |

**THIS MATTER** having come before the Court by Philip W. Danziger, Esq., of Reed Smith LLP, attorneys for defendants Allergan plc, Paul M. Bisaro, Brenton L. Saunders, R. Todd Joyce, Maria Teresa Hilado, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar D. Howson, John A. King, Ph.D., Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgoz, M.D., Christopher J. Coughlin, and James D'Arecca (collectively, the "Defendants") for an Order to permit C. Neil Gray, Esq. to appear and participate *pro hac vice*; and counsel for Plaintiffs having consented to the *pro hac vice* admission of C. Neil Gray, Esq.; and the Court having considered the supporting papers; and for good cause shown pursuant to

Fed. R. Civ. P. 78 and L. Civ. R. 101.1, in the United States District Court for the District of New Jersey;

**IT IS** on this  30  day of    January  , 2020, **ORDERED:**

1. C. Neil Gray, Esq. shall be and hereby is permitted to appear *pro hac vice* in the above-captioned matters for all purposes, provided however, that all pleadings, briefs and other papers filed with the Court shall be signed by Philip W. Danziger, Esq. or another member in good standing of the Bar of the Supreme Court of New Jersey and this Court, who shall be held responsible for said papers and for the conduct of the case, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and

2. C. Neil Gray, Esq. shall immediately notify this Court of any disciplinary proceeding or other matter affecting his standing at the bar of any other court, and

3. C. Neil Gray, Esq. shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 for each year during the pendency of this matter including any appeals; and

4. C. Neil Gray, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and

5. C. Neil Gray, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7, as amended; and

6. C. Neil Gray, Esq. shall remit a payment of $150.00, payable to the Clerk, United States District Court for the District of New Jersey, pursuant to L. Civ. R. 101.1(c)(3).

  *//s Cathy L. Waldor*
  Hon. Cathy L. Waldor, U.S.M.J.